# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DIANE R. GOCHIN,                          : No. 25 MM 2015
                                          :
                    Petitioner            :
                                          :
                                          :
                                          :
          v.                              :
                                          :
                                          :
                                          :
COURT OF COMMON PLEAS,                     :
                                          :
                    Respondent            :

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW**, this 11th day of March, 2015, the Application for Extraordinary or King's Bench Relief is **DENIED.**